

Matthew R. Clark
Robert B. Scott
Charles R. Grahn
Frank D. Otte*
John "Bart" Herriman
William W. Gooden**
Michael P. Maxwell
Russell L. Brown**†
Jennifer F. Perry
N. Davey Neal
Travis W. Cohron
Maggie L. Sadler
Kristin A. McIlwain

Senior Counsel
James C. Clark
Thomas Michael Quinn
John M. Moses

Land Use Consultant
Elizabeth Bentz Williams, AICP

Raymond J. Grahn (2015)
Alex M. Clark (1991)
Peter A. Pappas (1986)
Thomas M. Quinn (1973)
Joseph M. Howard (1964)

*Also admitted in Montana
†Also admitted in Kentucky
**Registered Civil Mediator

February 22, 2019

**<u>Via Certified Mail:</u>**
Land Home Financial Services Inc.
Attn: Case Escalation Unit
Research Department
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047

Re:     **Request for Information Pursuant to Section 1024.36 of Regulation X**
Loan Number:    ▇▇▇▇▇▇▇▇
Borrower Name:  Terri Garrigus
Property Address: 5337 Bluff View Drive Indianapolis, IN 46217

To Whom It May Concern:

This is a Request for Information related your servicing of the mortgage loan of the above-named debtors. All references herein are to Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act.

The written authority of the debtors to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1024.36(c) of Regulation X, you must within five (5) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a response to this Request acknowledging receipt of this information request.

Pursuant to Section 1024.36(d)(ii)(2)(A), not later than ten (10) days (excluding public holidays, Saturdays and Sundays) after you receive this request for information you must provide us **with the identity of, and address or other relevant contact information for the owner of the mortgage loan identified herein. For all of the other information requested herein, and except as otherwise noted in italics below, and pursuant to Section 1024.36(d)(ii)(2)(B), you must respond not later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this request for information.**

320 North Meridian Street, Suite 1100 · Indianapolis, IN 46204 · *ph* (317) 637-1321 · *fx* (317) 687-2344
www.clarkquinnlaw.com

Exhibit K

*Re: Terri Garrigus*
February 22, 2019
Page **2** of **2**

Please provide the following information within the time periods noted herein:

1. An exact reproduction of the life of loan mortgage transactional history for this loan on the system of record used by the servicer. For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any legal fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, legal fees, escrow fees, processing fees or any other collateral charge. Also, to the extent this life of loan transactional history includes numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

2. Copies of any and all servicing notes related to your servicing of the above-referenced mortgage loan.

Thank you for your attention to this matter. You may address your response to Travis W. Cohron, Clark Quinn Moses Scott & Grahn, LLP. You may also respond by email to tcohron@clarkquinnlaw.com.

Cordially,

Travis W. Cohron

Exhibit K

January 14, 2019

Land Home Financial Services, Inc.
Attn: Case Escalation Unit
Research Department
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047

    RE: **Authorization**
         Loan #: █████████
         Borrower Name: Terri Garrigus
         Subject Property Address: 5337 Bluff View Drive Indianapolis, IN 46217

To Whom It May Concern:

    I, Terri Garrigus, hereby authorize Land Home ("Servicer"), to release information regarding my above-referenced account to Travis W. Cohron of Clark, Quinn, Moses, Scott & Grahn, LLP; accept and respond to correspondence (including but not limited to Qualified Written Requests, Requests for Information and/or Notices of Error); and to discuss any issue or item relative to my mortgage with its agents.

    This Authorization is valid until revoked, in writing, by me, Terri Garrigus.

    Thank you for your attention to this matter.

                               Very truly yours,

                               */s/ Terri L. Garrigus*
                               Terri Garrigus

Exhibit K